# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RAMONDA MACK**                                                  **PLAINTIFF**

**V.**                              **NO. 4:23-cv-00334 KGB**

**AMEL FIKRET HURIC;**
**DURIC TRANSPORT LLC**                                      **DEFENDANTS**

## **STIPULATION OF DISMISSAL**

Come the parties through their undersigned counsel, and for their stipulation of dismissal with prejudice, state:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this lawsuit with prejudice.

Respectfully submitted,

Kara B. Mikles, ABN 2003088
Zachary R. Hill, ABN 2019132
MUNSON, ROWLETT, MOORE & BOONE, P.A.
1 Allied Drive, Suite 1600
Little Rock, Arkansas 72202
501-374-6535 (phone)
501-374-5906 (fax)
kara.mikles@mrmblaw.com
zachary.hill@mrmblaw.com
*Attorneys for Defendants*

AND

Joseph Gates, Bar No. 2010239
GATES LAW FIRM, PLLC
2725 Cantrell Road, Suite 105
Little Rock, AR 72202
(501) 779-8091 office
(479) 269-9788 fax
gates@gateslawpllc.com
*Attorney for Plaintiff*