IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RAMONDA MACK**                                                                                  **PLAINTIFF**

v.                            Case No. 4:23-cv-00334 KGB

**AMEL FIKRET HURIC,**
**HURIC TRANSPORT, LLC, and**
**DURIC TRANSPORT, LLC**                                                                **DEFENDANTS**

### ORDER

Before the Court is the parties' stipulation of dismissal (Dkt. No. 32). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice. The Court denies as moot the defendants' motion for partial summary judgment (Dkt. No. 16).

So ordered this 3rd day of April, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge